# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT ENRIQUES,<br><br>                                                       Plaintiff(s)<br>v.<br>ONLY WHAT YOU NEED, INC., et al.,<br><br>                                                       Defendant(s) | CASE NUMBER:<br><br>2:24-cv-08969-GW-BFM<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required  ☐ Hearing Required
                                  ☐ In-Person Court Hearing
                                  ☒ Video Conference
                                  ☐ Telephonic

| | |
|---|---|
| Magistrate Judge | Brianna Fuller Mircheff |
| Date/Time | Thursday, January 16, 2025, at 11:00 a.m. |
| Courtroom: | via Zoom |

Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules.

Dated: January 14, 2025                              By: Christianna Howard
                                                                                      Deputy Clerk