# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EMMETT ENRIQUES, *individually and on behalf of all others similarly situated,* | Case No. 2:24-CV-08969-GW-BFM |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| ONLY WHAT YOU NEED, INC., *a Delaware Corporation;* THE SIMPLY GOOD FOODS COMPANY, *a Delaware Corporation; and* DOES 1 *through* 70, *inclusive* | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  JANUARY 24, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1