E{\scriptsize XHIBIT} 3

# Deposition Transcript

Case Number: 2:24-cv-08969-GW-BFM

Date: January 28, 2025

In the matter of:

# EMMETT ENRIQUES v ONLY WHAT YOU NEED, INC., et al.

## Emmett Enriques - CONFIDENTIAL

## ATTORNEYS' EYES ONLY



Reported by:
RONNY ZAVOSKY

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4    _____

5                                  Case No. 2:24-cv-0896
                                              9-GW-BFM
6    EMMETT ENRIQUES, individually and
     on behalf of all other situated,
7

8                      Plaintiffs,

9      vs.

10   ONLY WHAT YOU NEED, INC., a
     Delaware Corporation; THE SIMPLE
11   GOOD FOODS COMPANY, a Delaware
     Corporation; AND DOES 1 THROUGH 70,
12   INCLUSIVE,

13                     Defendants.

14   _____

15         CONFIDENTIAL - ATTORNEYS' EYES ONLY

16            VIDEOTAPED DEPOSITION OF

17               EMMETT ENRIQUES

18             LOS ANGELES, CALIFORNIA

19           TUESDAY, JANUARY 28, 2025

20

21

22   REPORTED BY:
     RONNY ZAVOSKY
23   CSR NO. 12359
     JOB NO. 1392594
24

25

```
 1            The deposition of EMMETT ENRIQUES was taken on

 2   behalf of the Defendants at 515 South Flower Street,

 3   18th Floor, Los Angeles, California, commencing at

 4   9:49 A.M. on Tuesday, January 28th, 2025, before

 5   Ronny Zavosky, CSR No. 12359.

 6

 7

 8

 9                 A P P E A R A N C E S

10

11   FOR THE PLAINTIFF:

12

13   REESE, LLP

14            BY:  GEORGE V. GRANADE II, ESQ.

15            8484 Wilshire Boulevard, Suite 515

16            Beverly Hills, California  90211

17            (310) 393-0070

18            ggranade@reesellp.com

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S (Continued):

 2

 3    FOR THE DEFENDANTS:

 4

 5    BRAUNHAGEY & BORDEN LLP

 6              BY:  David H. KWASNIEWSKI, ESQ.

 7              747 Front Street, 4th Floor

 8              San Francisco, California  94111

 9              (415) 599-0210

10              kwasniewski@braunhagey.com

11

12

13

14    ALSO PRESENT:

15

16    STEVE PETERSEN, VIDEOGRAPHER

17

18

19

20

21

22

23

24

25
```

1                        I N D E X

2

WITNESS: EMMETT ENRIQUES
3

4    EXAMINATION                                        PAGE

5    BY MR. KWASNIEWSKI                                    6

6

7                    E X H I B I T S

8    EXHIBIT NUMBER        DESCRIPTION                  PAGE

9    EXHIBIT 1    – LIST OF ATTRIBUTES                    24

10   EXHIBIT 2    – PRINTOUT FROM CHADDY WEBSITE – LIP     51
                    PLUMPER
11
     EXHIBIT 3    – PRINTOUT FROM CHADDY WEBSITE –         52
12                   TANNING WATER DUO PACK

13   EXHIBIT 4    – PRINTOUT OF LABEL FROM CHOCOLATE       74
                    PROTEIN SHAKE
14
     EXHIBIT 5    – PRINTOUT OF LABEL FROM PREMIER         81
15                   PROTEIN WEBSITE

16   EXHIBIT 6    – PRINTOUT OF LABEL FROM FAIRLIFE        82
                    WEBSITE
17
     EXHIBIT 7    – PRINTOUT OF LABEL FROM BLACK SAND     103
18                   BEACH APPAREL WEBSITE

19

20

21              INSTRUCTED NOT TO ANSWER

22                    PAGE LINE

23                      (NONE)

24

25

EMMETT ENRIQUES - CONFIDENTIAL
JANUARY 28, 2025                    ATTORNEYS' EYES ONLY                    JOB NO. 1392594

| | | |
|---|---|---|
| 10:16:27 | 1 | TUESDAY, JANUARY 28, 2025; LOS ANGELES, CALIFORNIA |
| 10:16:27 | 2 | 9:49 A.M. |
| 10:16:27 | 3 | - - - |
| 09:48:52 | 4 | THE VIDEOGRAPHER:  And we are now on the |
| 09:48:53 | 5 | record. |
| 09:48:54 | 6 | My name is Steve Petersen.  I am a notary |
| 09:48:57 | 7 | public contracted by Steno.  I am not financially |
| 09:49:02 | 8 | interested in this action, nor am I a relative or |
| 09:49:06 | 9 | employee of any of the attorneys or any of the parties. |
| 09:49:12 | 10 | Today is Tuesday, January 28th, 2025.  The |
| 09:49:17 | 11 | time is 9:49 A.M. Pacific Time. |
| 09:49:22 | 12 | This deposition is taken at 515 South |
| 09:49:26 | 13 | Flower Street, Los Angeles, California 90071.  The name |
| 09:49:35 | 14 | of the case is Enriques versus Only What You Need, |
| 09:49:40 | 15 | Incorporated et al. filed in the United States District |
| 09:49:43 | 16 | Court for the Central District of California, |
| 09:49:46 | 17 | Case Number 2:24-cv-08969-GW-BFM. |
| 09:50:05 | 18 | This is the video-recorded deposition of |
| 09:50:08 | 19 | Emmett Enriques, Volume I.  The attorney taking this |
| 09:50:12 | 20 | deposition is David Kwasniewski. |
| 09:50:16 | 21 | Would counsel please identify yourselves and |
| 09:50:18 | 22 | state who you represent. |
| 09:50:21 | 23 | MR. KWASNIEWSKI:  David Kwasniewski.  Here on |
| 09:50:23 | 24 | behalf of defendants, Only What You Need Inc. and The |
| 09:50:26 | 25 | Simple Good Foods Company. |

| | | |
|---|---|---|
| 09:54:29 | 1 | first time you encountered a protein shake from Only |
| 09:54:35 | 2 | What You Need. |
| 09:54:36 | 3 |         And is it okay if we refer to Only What You |
| 09:54:38 | 4 | Need Inc. as OWYN? |
| 09:54:42 | 5 |     A    Yes. |
| 09:54:42 | 6 |     Q    When did you first buy an OWYN protein shake? |
| 09:54:46 | 7 |     A    I first purchased around last year -- |
| 09:54:51 | 8 | February. |
| 09:54:54 | 9 |     Q    What flavor did you get? |
| 09:54:55 | 10 |     A    The first flavor that I purchased was |
| 09:54:57 | 11 | chocolate. |
| 09:54:59 | 12 |     Q    How did it taste? |
| 09:55:00 | 13 |     A    Good. |
| 09:55:02 | 14 |     Q    Did you buy, like, a four-pack or just one? |
| 09:55:05 | 15 |     A    Every time I've purchased, I've purchased the |
| 09:55:07 | 16 | tetra four-pack. |
| 09:55:11 | 17 |     Q    Okay.  What did you think of the -- like, |
| 09:55:12 | 18 | consistency of it? |
| 09:55:13 | 19 |     A    It was good. |
| 09:55:15 | 20 |     Q    Did it taste chocolaty? |
| 09:55:18 | 21 |     A    Yes. |
| 09:55:19 | 22 |     Q    Was it really sweet? |
| 09:55:23 | 23 |     A    Yeah, it was sweet. |
| 09:55:26 | 24 |     Q    What color was it?  Like, did it look |
| 09:55:29 | 25 | chocolaty in color? |

| | | |
|---|---|---|
| 09:55:30 | 1 | A    Inside, don't -- don't remember.  I drank it |
| 09:55:33 | 2 | so I don't remember seeing the color. |
| 09:55:35 | 3 | Q    Did you drink it right away, or did you sort |
| 09:55:37 | 4 | of wait a bit? |
| 09:55:39 | 5 | A    After I purchased? |
| 09:55:41 | 6 | Q    Yeah. |
| 09:55:43 | 7 | A    Wait a bit. |
| 09:55:45 | 8 | Q    Do you remember what store you bought it from? |
| 09:55:48 | 9 | A    Yes.  Target, as well as secondary purchase at |
| 09:55:53 | 10 | Whole Foods. |
| 09:55:59 | 11 | Q    Well, let's focus still on just the very first |
| 09:56:02 | 12 | time you bought it. |
| 09:56:02 | 13 | Was that at Target or Whole Foods? |
| 09:56:04 | 14 | A    Target. |
| 09:56:05 | 15 | Q    Okay.  Which Target? |
| 09:56:07 | 16 | A    I believe it was West Hollywood Target. |
| 09:56:16 | 17 | Q    And you mentioned February -- this was in |
| 09:56:19 | 18 | February of last year. |
| 09:56:20 | 19 | So that's February of 2024? |
| 09:56:22 | 20 | A    Correct. |
| 09:56:24 | 21 | Q    And you bought just one four-pack at that |
| 09:56:28 | 22 | time? |
| 09:56:28 | 23 | A    Yes.  At the time. |
| 09:56:32 | 24 | Q    And you said -- you mentioned the secondary |
| 09:56:35 | 25 | purchase at Whole Foods. |

| 09:56:36 | 1 | How many times could you estimate that you |
| 09:56:38 | 2 | purchased QWYN shakes? |
| 09:56:40 | 3 | A    I've purchased OWYN shakes -- two to three |
| 09:56:45 | 4 | times.  Chocolate first, chocolate and vanilla, and then |
| 09:56:50 | 5 | another chocolate again.  I tried the chocolate.  Tried |
| 09:56:53 | 6 | the vanilla; didn't like the vanilla as much, and then |
| 09:56:56 | 7 | purchased the chocolate the next time at Whole Foods. |
| 09:57:01 | 8 | Q    So the second time you purchased vanilla was |
| 09:57:03 | 9 | that at Target or Whole Foods? |
| 09:57:05 | 10 | A    Target. |
| 09:57:06 | 11 | Q    And the last time you purchased chocolate, |
| 09:57:07 | 12 | that was at Whole Foods? |
| 09:57:10 | 13 | A    Correct. |
| 09:57:10 | 14 | Q    And which Whole Foods was that? |
| 09:57:11 | 15 | A    West Hollywood. |
| 09:57:18 | 16 | Q    And when was the last time you bought an OWYN |
| 09:57:20 | 17 | shake? |
| 09:57:23 | 18 | A    March, last year. |
| 09:57:28 | 19 | Q    That's 2024; right? |
| 09:57:29 | 20 | A    Correct. |
| 09:57:33 | 21 | Q    You haven't purchased any OWYN shakes since |
| 09:57:36 | 22 | then? |
| 09:57:36 | 23 | A    No. |
| 09:57:37 | 24 | Q    Why did you stop? |
| 09:57:39 | 25 | A    One, because of the testing results that I |

EMMETT ENRIQUES - CONFIDENTIAL
JANUARY 28, 2025                    ATTORNEYS' EYES ONLY                    JOB NO. 1392594

| | | |
|---|---|---|
| 10:05:13 | 1 | Q    So going back to the first day you purchased |
| 10:05:15 | 2 | the OWYN products, you mentioned you were in Target to |
| 10:05:19 | 3 | buy groceries. |
| 10:05:20 | 4 | Do you remember what else you purchased that |
| 10:05:21 | 5 | day? |
| 10:05:24 | 6 | A    Besides bananas?  No.  But I only say bananas |
| 10:05:27 | 7 | because every time I go to Target, I purchase bananas. |
| 10:05:31 | 8 | Q    Do you normally do the grocery shopping in |
| 10:05:33 | 9 | your household? |
| 10:05:35 | 10 | A    Yes. |
| 10:05:36 | 11 | Q    Do you have, like, a partner or dependents? |
| 10:05:40 | 12 | A    No. |
| 10:05:40 | 13 | Q    Did you live by yourself? |
| 10:05:42 | 14 | A    No. |
| 10:05:43 | 15 | Q    You have a roommate or? |
| 10:05:46 | 16 | A    Yes, I do.  I have three roommates currently. |
| 10:05:53 | 17 | Q    But you guys -- you just buy your own |
| 10:05:58 | 18 | groceries? |
| 10:05:58 | 19 | A    Yes. |
| 10:06:04 | 20 | Q    The -- the OWYN shakes that you purchased, |
| 10:06:07 | 21 | after you drank them, what did you do with the bottle? |
| 10:06:10 | 22 | A    Tossed them. |
| 10:06:19 | 23 | Q    Did you ever share your OWYN shakes with any |
| 10:06:22 | 24 | of your roommates or anyone else? |
| 10:06:24 | 25 | A    No. |

EMMETT ENRIQUES - CONFIDENTIAL                                    JOB NO. 1392594
JANUARY 28, 2025                        ATTORNEYS' EYES ONLY

```
10:06:26   1        Q    Did you ever recommend the OWYN shakes to
10:06:27   2   anyone?
10:06:28   3        A    No.  Sorry.
10:06:31   4             Can you repeat the question one more time?
10:06:33   5        Q    Yeah.  Did you ever recommend the OWYN shakes
10:06:35   6   to anyone?
10:06:35   7        A    No.
10:06:47   8        Q    So we talked about the chocolate and the
10:06:49   9   vanilla.
10:06:52  10             Did you ever try any other flavors, or was it
10:06:54  11   just those two?
10:06:55  12        A    Just those two.
10:07:05  13        Q    So you purchased the chocolate twice.
10:07:08  14             Did you notice any difference between the two
10:07:11  15   times you purchased the chocolate?  Did it taste
10:07:15  16   different?
10:07:16  17        A    No difference.
10:07:16  18        Q    Did it have, like, a different consistency?
10:07:19  19        A    No difference that I noticed.
10:07:23  20        Q    Do you remember if the packaging changed any
10:07:25  21   time when you purchased them?
10:07:27  22        A    From what I recall, no.
10:07:34  23        Q    We touched on this a little bit earlier but
10:07:36  24   did you like the consistency of the shakes?  Their sort
10:07:39  25   of thickness?
```

EMMETT ENRIQUES - CONFIDENTIAL
JANUARY 28, 2025                    ATTORNEYS' EYES ONLY                    JOB NO. 1392594

| | | |
|---|---|---|
| 11:22:23 | 1 | Did you review any of the letters that your |
| 11:22:25 | 2 | lawyers sent prior to filing the complaint to OWYN? |
| 11:22:30 | 3 | A    I do remember reading them, yes. |
| 11:22:32 | 4 | Q    When did you read them? |
| 11:22:35 | 5 | A    Around the same time that I read the |
| 11:22:38 | 6 | complaint. |
| 11:22:42 | 7 | Q    And just so the record is clear, around what |
| 11:22:44 | 8 | time frame was that? |
| 11:22:45 | 9 | A    I would say one or two months ago; however, |
| 11:22:49 | 10 | that's just reading them myself.  I had prior knowledge |
| 11:22:52 | 11 | of them since I've been in contact with my lawyers from |
| 11:22:56 | 12 | the past year.  So I did have an understanding of what |
| 11:22:58 | 13 | it was. |
| 11:23:49 | 14 | Q    So the complaint, as you may recall, discusses |
| 11:23:52 | 15 | four flavors of shakes.  The chocolate, vanilla -- |
| 11:24:00 | 16 | A    No Nut Peanut Butter. |
| 11:24:01 | 17 | Q    Right. |
| 11:24:01 | 18 | A    Sea Salt, Caramel. |
| 11:24:03 | 19 | Q    Great.  The complaint says in paragraph 5 that |
| 11:24:09 | 20 | you purchased the shakes at retail locations in |
| 11:24:13 | 21 | California, including Los Angeles County, but you never |
| 11:24:16 | 22 | purchased the No Nut Butter Cup; right? |
| 11:24:19 | 23 | A    No. |
| 11:24:19 | 24 | Q    And you never purchased the Sea Salt Caramel; |
| 11:24:22 | 25 | right? |

EMMETT ENRIQUES - CONFIDENTIAL                                      JOB NO. 1392594
JANUARY 28, 2025                        ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:24:23 | 1 | A    No. |
| 11:24:24 | 2 | Q    So, in fact, that allegation in the complaint |
| 11:24:25 | 3 | that you purchased all those different flavors, that's |
| 11:24:27 | 4 | not true, is it? |
| 11:24:28 | 5 | MR. GRANADE:  Objection. |
| 11:24:30 | 6 | THE WITNESS:  I just purchased two of the |
| 11:24:32 | 7 | flavors. |
| 11:24:32 | 8 | BY MR. KWASNIEWSKI: |
| 11:25:11 | 9 | Q    Earlier we talked about the types of relief |
| 11:25:13 | 10 | that you were seeking in this lawsuit.  We discussed |
| 11:25:15 | 11 | monetary relief.  You also mentioned injunctive relief. |
| 11:25:21 | 12 | What specific injunctive relief are you |
| 11:25:25 | 13 | seeking with this lawsuit? |
| 11:25:26 | 14 | MR. GRANADE:  Objection. |
| 11:25:28 | 15 | You may answer. |
| 11:25:30 | 16 | THE WITNESS:  Let me first clarify that I am |
| 11:25:32 | 17 | in no way an expert in law, in business, and labeling |
| 11:25:38 | 18 | products.  However, when I say injunctive relief, my -- |
| 11:25:45 | 19 | the main meaning behind that, it means to be -- the |
| 11:25:49 | 20 | labels re- -- how do I put this?  I'd like to see the |
| 11:25:55 | 21 | labels not mislabeled and to be changed to reflect what |
| 11:25:58 | 22 | is actually in the product. |
| 11:25:59 | 23 | BY MR. KWASNIEWSKI: |
| 11:26:12 | 24 | Q    So just so that I understand, you are not |
| 11:26:19 | 25 | asking for the formula of the product to be changed? |

EMMETT ENRIQUES - CONFIDENTIAL
JANUARY 28, 2025                    ATTORNEYS' EYES ONLY                    JOB NO. 1392594

| | | |
|---|---|---|
| 11:43:38 | 1 | other class members to not receive any money if you and |
| 11:43:41 | 2 | your lawyers receive money; right? |
| 11:43:43 | 3 | A    I -- I think that the other class members |
| 11:43:45 | 4 | should receive money.  Yes. |
| 11:44:40 | 5 | MR. KWASNIEWSKI:  I'm going to show you what |
| 11:44:41 | 6 | we'll mark for identification is Exhibit 4. |
| 11:44:48 | 7 | (Exhibit 4 was marked for identification.) |
| 11:45:29 | 8 | BY MR. KWASNIEWSKI: |
| 11:45:30 | 9 | Q    Does Exhibit 4 look like the label on the |
| 11:45:32 | 10 | chocolate protein shake that you purchased? |
| 11:45:35 | 11 | A    No. |
| 11:45:36 | 12 | Q    What's different? |
| 11:45:38 | 13 | A    Serving side -- size; food ounces; type of |
| 11:45:42 | 14 | packaging; shape of packaging.  That's as far as I can |
| 11:45:50 | 15 | go. |
| 11:46:15 | 16 | Q    So you did not purchase the Elite Pro |
| 11:46:17 | 17 | Chocolate in the 355-milliliter configuration? |
| 11:46:20 | 18 | A    I believe -- no.  I did not. |
| 11:46:23 | 19 | Q    Which OWYN chocolate shake did you purchase? |
| 11:46:28 | 20 | A    The -- it's either 335 or 330.  Off the top of |
| 11:46:33 | 21 | my head, I can't remember, but it's not -- it's not this |
| 11:46:36 | 22 | bottle shape. |
| 11:47:03 | 23 | Q    And same question for the vanilla shake. |
| 11:47:05 | 24 | Did you buy the 355-milliliter or 335? |
| 11:47:09 | 25 | A    Same as the chocolate. |

Page 110

```
1            DECLARATION UNDER PENALTY OF PERJURY

2

3         I, the undersigned, declare under penalty of

4    perjury that I have read the entire foregoing transcript

5    of my deposition or the same has been read to me, and

6    the same is true and accurate, save and except for

7    changes, corrections, additions or deletions indicated

8    by me on the DEPOSITION ERRATA SHEET hereof, with the

9    understanding that I offer these changes as if still

10   under oath.

11

12        Signed on the  14th  day of  March   , 20 25 ,

13   at  Mammoth Lakes        ,   California          .

14          (City)              (State)

15

16

17

18                              EMMETT ENRIQUES

19                 _____

20                      EMMETT ENRIQUES

21

22

23

24

25
```

Page 111

```
1         I, RONNY ZAVOSKY, CSR No. 12359, certify that

2    the foregoing proceedings were taken before me at the

3    time and place therein set forth, at which time the

4    witness was duly sworn and that the transcript is the

5    true record of the testimony so given;

6

7         Witness review, correction and signature

8    (X) shall be per venue code   ( ) was requested

9    ( ) was not requested        ( ) was waived

10   ( ) not handled by the deposition officer due to

11      party stipulation

12

13        The dismantling, unsealing, or unbinding of

14   the original transcript will render the reporter's

15   certificate null and void.

16        I further certify that I am not financially

17   interested in the action, and I am not a relative or

18   employee of any attorney of the parties, nor of any of

19   the parties.

20        Dated this 7th day of February, 2025.

21

22

23                 _____

                   RONNY ZAVOSKY, CSR NO. 12359

24                 CERTIFIED SHORTHAND REPORTER

25
```

Page 112

```
1    ERRATA SHEET
     CHANGES IN TESTIMONY
2    EMMETT ENRIQUES v ONLY WHAT YOU NEED, INC., et al.
     Emmett Enriques - CONFIDENTIAL
3    January 28, 2025
4    Page Line  From              To
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   SIGNATURE: _____  DATE: ___3/14/2025___
25        Emmett Enriques - CONFIDENTIAL
```

1           I, RONNY ZAVOSKY, CSR No. 12359, certify that

2     the foregoing proceedings were taken before me at the

3     time and place therein set forth, at which time the

4     witness was duly sworn and that the transcript is the

5     true record of the testimony so given;

6

7           Witness review, correction and signature

8       (X) shall be per venue code   ( ) was requested

9       ( ) was not requested           ( ) was waived

10      ( ) not handled by the deposition officer due to

11           party stipulation

12

13          The dismantling, unsealing, or unbinding of

14    the original transcript will render the reporter's

15    certificate null and void.

16          I further certify that I am not financially

17    interested in the action, and I am not a relative or

18    employee of any attorney of the parties, nor of any of

19    the parties.

20          Dated this 7th day of February, 2025.

21

22

23    _____

24    RONNY ZAVOSKY, CSR NO. 12359
      CERTIFIED SHORTHAND REPORTER

25

| | | | | | | |
|---|---|---|---|---|---|---|
| DIELINE # 20559 | ROUND NO. 2 | | | DIE DESCRIPTION | | |
| FILENAME STEUBEN_12oz Bottle on Clear | | | | Clear/Substrate | Die Lines | |
| OVERALL DIMENSIONS 221mm x 183mm | Prepress | TD | 10/14/20 | Ink Limits | Fold Lines | |
| | Engineer | BE | 6/7/19 | Text Area | Perf Lines | |
| REVERSE PRINT ON CLEAR FILM | | | | Seam Overlap | Wrap Lines | |
| | | | | | Ink Limits | |
| | | | | | Copy Limits | |

BROOK & WHITTLE LTD
SUSTAINABLE LABELING SOLUTIONS

EXHIBIT 4 1/28 ENRIQUES





