1  Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
2  David H. Kwasniewski, Esq. (SBN: 281985)
   kwasniewski@braunhagey.com
3  H. Chelsea Tirgardoon, Esq. (SBN: 340119)
   tirgardoon@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
5  San Francisco, CA 94111
   Tel: (415) 599-0210
6  Fax: (415) 276-1808

7  *Attorneys for Defendants The Simply Good Foods Co. and Only What You Need, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT ENRIQUES, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ONLY WHAT YOU NEED, INC., a Delaware Corporation; THE SIMPLY GOOD FOODS COMPANY, a Delaware Corporation; AND DOES 1 THROUGH 70, INCLUSIVE, <br><br> Defendants. | Case No. 2:24-cv-08969-GW-BFM <br><br> **DECLARATION OF BRAD MOOSE IN SUPPORT OF DEFENDANTS THE SIMPLY GOOD FOODS COMPANY AND ONLY WHAT YOU NEED, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **Date:** June 26, 2025 <br> **Time:** 8:30 a.m. <br> **Judge:** Hon. George H. Wu |

I, Brad Moose, declare:

1. I am the Chief Operating Officer of Only What You Need, Inc. ("OWYN"). I make this declaration based on personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2. OWYN is an innovative food and beverage company that sells plant-based protein shakes and powders that are free from major allergens, including dairy and soy.

3. OWYN sells multiple different types of ready-to-drink protein shakes, including the original shake and the "Pro Elite High Protein Shake."

4. OWYN's ready-to-drink protein shakes come in chocolate, vanilla, and a variety of other flavors.

5. OWYN's protein shakes are manufactured at different facilities across the country. In particular, the 330 milliliter Pro Elite shakes, which are sold in Tetra Pak® paper-based packaging, are manufactured in different facilities than the 355 milliliter Pro Elite shakes, which are sold in plastic bottles.

6. OWYN's protein shakes are made from natural, plant-based ingredients, including a proprietary pea protein blend.

7. Due to the natural variations in plant-based ingredients, OWYN faced significant challenges maintaining consistent texture in its shakes when it first began implementing large-scale productions.

8. When batches of shakes were overly thick, some manufacturers diluted the shakes with small amounts of water to match the consistency consumers expected, which led to small variations in the protein and other nutrient content in those batches. Only a limited number of batches were affected, and they were produced in different locations across the United States.

9. OWYN worked diligently to address this issue by reformulating the product a number of times to achieve uniform consistency and nutrient contents.

10. OWYN now maintains consistent and accurate nutrient contents across its shakes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 5, 2025

DocuSigned by:

*Brad Moose*

E36882D20DBC42A...

Brad Moose