UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8969-GW-BFMx | Date | June 26, 2025 |
|---|---|---|---|
| Title | *Emmett Enriques v. Only What You Need, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| George V. Granade | Matthew B. Borden |

**PROCEEDINGS:** **PLAINTIFF EMMETT ENRIQUES' MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT [26]**

The Court's Tentative Ruling on Plaintiff's Motion [26] was issued on June 17, 2025 [33]. Oral argument is held. For reasons stated on the record, Plaintiff's Motion is continued to July 17, 2025 at 8:30 a.m. Simultaneous supplemental briefs up to five pages are to be filed by July 3, 2025. Simultaneous responses up to five pages are to be filed by July 11, 2025.

Plaintiff's hearing on motion for class certification set for July 31, 2025 is VACATED and TAKEN OFF-CALENDAR.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | JG | |