Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
  kwasniewski@braunhagey.com
H. Chelsea Tirgardoon, Esq. (SBN: 340119)
  tigardoon@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
Fax: (415) 276-1808

*Attorneys for Defendants The Simply Good Foods Co. and Only What You Need, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT ENRIQUES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ONLY WHAT YOU NEED, INC., a Delaware Corporation; THE SIMPLY GOOD FOODS COMPANY, a Delaware Corporation; AND DOES 1 THROUGH 70, INCLUSIVE,<br><br>Defendants. | Case No. 2:24-cv-08969-GW-BFM<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES** |

Case No. 2:24-cv-08969-GW-BFM
NOTICE OF SETTLEMENT

Plaintiff Emmett Enriques ("Plaintiff") and Defendants Only What You Need, Inc. and Simply Good Foods Company ("Defendants") (together, the "Parties") jointly notify the Court that the Parties have reached a settlement in principle to resolve the above-entitled case on an individual basis, subject to a fully integrated settlement agreement that the Parties are negotiating. Defendants anticipate that Plaintiff will voluntarily dismiss his claims within 30 days.

The Parties jointly request that the Court vacate all deadlines, pending Plaintiff's anticipated voluntary dismissal.

Dated: November 10, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
Matthew Borden, Esq.

*Attorneys for Defendants The Simply Good Foods Co. and Only What You Need, Inc.*

Dated: November 10, 2025

Respectfully submitted,

**REESE LLP**

By: */s/ George V. Granade*

George V. Granade (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
ggranade@reesellp.com

**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesellp.com

**THE LAW OFFICE OF ALEC PRESSLY**
Alec Pressly (SBN 348054)
3110 Main Street Building C, #331

Santa Monica, California 90405
Telephone: (603) 809-6601
alec@presslylegal.com

*Attorneys for Plaintiff Emmett Enriques and the Proposed Class*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Matthew Borden, hereby attest that all signatories listed, and on whose behalf this filing is submitted, have concurred in the filing's content and have authorized the filing.

By: /s/ *Matthew Borden*
Matthew Borden