JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8969-GW-BFMx | Date | December 12, 2025 |
|---|---|---|---|
| Title | *Emmett Enriques v. Only What You Need, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER DISMISSING ACTION**

Pursuant to the Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Docket No. 66), this action is dismissed with prejudice with respect to Plaintiff's individual claims and without prejudice with respect to the putative class claims. All Parties shall bear their own costs and expenses.

Initials of Preparer   JG